*Judge Berman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FAIRSTAR HEAVY TRANSPORT NV,

                Plaintiff,                  08 CIV. 6889

- against -

C&M GROUP LIMITED and C&M MARINE
SERVICES USA, INC.,

                Defendants.
-----------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                      NONE.

Dated: July 31, 2008
       New York, NY

                                      The Plaintiff,
                                      FAIRSTAR HEAVY TRANSPORT NV

                             By: _____
                                      Charles E. Murphy (CM 2125)
                                      LENNON, MURPHY & LENNON, LLC
                                      The Gray Bar Building
                                      420 Lexington Ave., Suite 300
                                      New York, NY 10170
                                      (212) 490-6050
                                      facsimile (212) 490-6070
                                      cem@lenmur.com